**Order entered May 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00001-CV

**THE GOODYEAR TIRE & RUBBER COMPANY, Appellant**

**V.**

**VICKI LYNN ROGERS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CARL ROGERS, NATALIE ROGERS AND COURTNEY DUGAT, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-03294-E**

## ORDER

We **GRANT** court reporter Vikki Ogden's May 11, 2015 extension request and **ORDER** the reporter's record be filed no later than July 6, 2015.

/s/      CRAIG STODDART
         JUSTICE